

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JAMES CHISHOLM,

    Plaintiff,

v.

CITY OF PACIFIC GROVE, et al.,

    Defendants.

**Case No. 5:26-cv-02200-SVK**

**PLAINTIFF'S MOTION FOR SERVICE BY THE U.S. MARSHALS SERVICE ON NEW DEFENDANTS NAMED IN FIRST AMENDED COMPLAINT**

Plaintiff James Alann Chisholm, proceeding pro se and in forma pauperis, respectfully moves this Court for an order directing the U.S. Marshals Service to serve the summons and a copy of the First Amended Complaint (ECF No. 11) on the following new defendants, all of whom are employed by the Pacific Grove Police Department at 580 Pine Avenue, Pacific Grove, CA 93950:

    Corporal Fitzgerald Brown

    Officer Daniel Marti

    Officer Robert Rutledge

    Officer Alexander Bernabe

    Officer Gabrial Jerome

    Officer Orlando Perez

Plaintiff has been granted in forma pauperis status (ECF No. 4). Under Federal Rule of Civil Procedure 4(c)(3), the Court must order the Marshals Service to serve process when a plaintiff is authorized to proceed in forma pauperis.

No hearing is requested. The Court may decide this motion on the papers.

Dated: June 6, 2026

———————————————————

James Alann Chisholm

Plaintiff, Pro Se

General Delivery

Pacific Beach, CA 92109

(858) 255-0690

james@geekpro.com